# Court of Appeals
# of the State of Georgia

ATLANTA,   February 03, 2015

*The Court of Appeals hereby passes the following order:*

### A15A0966. SHIRLEY D. WHITE-LETT v. LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP et al.

Shirley D. White-Lett filed a tort action against Linebarger, Goggan, Blair & Sampson, LLP and other defendants. White-Lett later filed a motion for declaratory judgment, and the defendants filed a motion to stay the proceedings and compel arbitration. The trial court entered an order denying White-Lett's motion and granting the defendants' motion. White-Lett then appealed directly to this Court. We, however, lack jurisdiction.

An order compelling arbitration and staying court proceedings is not a final judgment within the meaning of OCGA § 5-6-34 (a) (1). Instead, it is a non-final ruling subject to the interlocutory appeal procedures of OCGA § 5-6-34 (b). See *Goshayeshi v. Mehrabian*, 232 Ga. App. 81, 82 (501 SE2d 265) (1998); *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994); *McAllaster v. Merrill, Lynch, Pierce, Fenner & Smith*, 212 Ga. App. 697 (443 SE2d 9) (1994). White-Lett's failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,   02/03/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.